UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS AKINS,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>CELLA, INC.,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:21-CV-373-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Report and Recommendation and the Defendant's Motion for Summary Judgment, and the court having approved and adopted said Report and Recommendation and GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 8th day of August, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:  s/J. Arnold
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 8, 2022
Kevin P. Weimer
Clerk of Court

By: s/J. Arnold
　　　　Deputy Clerk